IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record. Consistent with matters discussed at the scheduling conference:

IT IS ORDERED that a supplemental scheduling conference is set for **October 6, 2009, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised proposed scheduling order, which contains a proposed pretrial schedule and addresses limitations on discovery consistent with the discussion at the scheduling conference this morning, and shall submit it to the court on or before **September 28, 2009**.

Dated September 2, 2009.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge