# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of a class of others similarly situated,

                    Plaintiffs,

vs.

PIZZA HUT, INC.,

                    Defendant.

---

## PLAINTIFFS' CITATION OF SUPPLEMENTAL AUTHORITY

---

On October 9, 2009, Defendant Pizza Hut, Inc. filed a "supplement" to its pending Rule 12 Motion, relying upon *Bailey, et al. vs. Border Foods, Inc., et al.*, Case No. 09-1230 (RHK/AJB) (D. Minn. Slip Op. Oct. 6, 2009). The same day, October 9, 2009, the defendants in *Simms, et al. vs. Tumbleweed Pizza Partners, L.P.*, Case No. 2:09-CV-168-J (N.D. Tex.) likewise filed a motion for leave to "supplement" their pending motion to dismiss based on *Bailey*. Ex. 1. The plaintiffs in *Simms* responded with the same argument as asserted here by Plaintiffs, specifically that their Complaint, unlike in *Bailey*, contains the requisite factual support to fulfill the federal pleading standard. Ex. 2. On October 27, 2009, the Northern District of Texas granted the defendants' motion for leave to supplement, but denied the defendants' motion to dismiss. Ex. 3. That court also denied the motion to dismiss because the defense raised issues of fact which should not be decided until adequate development of the factual record through discovery. *Id.*

1

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

George A. Hanson
Richard M. Paul III
Jack D. McInnes
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:   (816) 714-7100
Facsimile:   (816) 714-7101

and

**WEINHAUS & POTASHNICK**
_____/s Mark Potashnick_____
Mark A. Potashnick
11500 Olive Blvd., Suite 133
St. Louis, Missouri 63141
Telephone:   (314) 997-9150
Facsimile:   (314) 997-9170

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing was served by electronic case filing on the following attorneys of record for Defendant Pizza Hut, Inc. on the date reflected in the Court's electronic case filing records:

James M. Lyons
S. Kato Crews
Rothgerber, Johnson & Lyons
One Tabor Center
1200 17th St, Suite 3000
Denver, Colorado 80202-5855

Layn R. Phillips
Andra B. Greene
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324

_____/s Mark Potashnick_____
Attorney for Plaintiff