IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 09-cv-01632-CMA-BNB          Date: November 16, 2009
Courtroom Deputy: Geneva D. Mattei             FTR BNB COURTROOM A-401

---

MARK SMITH,                                    Mark Potashnick
individually and on behalf of other
similarly situated person

Plaintiff(s),

v.

PIZZA HUT, INC.,                               Andra Green
                                               James Lyons

Defendant(s).

---

**COURTROOM MINUTES**

---

HEARING: MOTION

Court in Session:        2:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Pizza Hut's partially unopposed motion to modify and clarify the scheduling order [doc. #50; filed 10/14/09] is granted as stated on the record. The case schedule is modified as follows:**
**Deadline for plaintiffs to submit to defendants a proposed notice of action and to opt-in: October 21, 2009**
**Deadline for defendants to submit to plaintiffs  proposed modifications to the notice of action and opt-in:   November 4, 2009**
**Deadline to file proposed notice of action and to opt-in: November 18, 2009**
**Deadline for collective action plaintiffs to opt-in: February 19, 2010 are vacated.**
**Deadline to file motion to conditionally certify collective action: January 4, 2010.**

**The expert discovery cut-off is August 20, 2010 and the dispositive motion deadline is September 20, 2010.**
**The status conference is vacated.**

Court in Recess          3:19 p.m.          Hearing concluded.     Total time in Court:     00:50

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.