IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Plaintiffs' Withdrawal of Motion for Extension of Time and Request to Vacate February 2, 2010 Hearing** [Doc. # 85, filed 1/29/2010] is GRANTED.

IT IS FURTHER ORDERED that **Plaintiffs' Motion for Extension of Time and Suggestions In Support** [Doc. # 75, filed 1/18/2010] is DENIED as withdrawn, and the hearing set for February 2, 2010, at 9:00 a.m., is VACATED.

DATED:  February 1, 2010