IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Unopposed Motion to Amend Scheduling Order Regarding the Deadline for Moving to Enlarge the Number of Depositions** [Doc. # 93, filed 2/17/2010] is GRANTED, and the deadline to move to enlarge the number of depositions contained in Part 8.h.1 of the Scheduling Order [Doc. # 47] is VACATED.


DATED:  February 1, 2010