IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-01632-CMA-BNB | Date: December 8, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

MARK SMITH,                                                         Jack McInnes

    Plaintiff,

v.

PIZZA HUT, INC.,                                            Andra Greene
                                                                     James Lyons

    Defendant.

**COURTROOM MINUTES**

HEARING: MOTION

Court in Session:       10:30 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Pizza Hut's motion and memorandum of law for a temporary protective order for six weeks [ Doc. #162; filed 11/19/10] is granted as stated on the record.  All further discovery is stayed pending further order of the Court.**

**ORDERED:**   **A status conference is set for January 31, 2011 at 3:30 p.m. A status report shall be submitted on or before January 21, 2011.**

Court in Recess    10:56 a.m.         Hearing concluded.     Total time in Court: 00:24

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.