IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on **Pizza Hut's Motion and Memorandum of Law for a Temporary Protective Order for Six Weeks** [Doc. # 162, filed 11/19/2010] (the "Motion").  I held a hearing on the Motion this morning and made rulings on the record.

IT IS ORDERED:

(1) The Motion [Doc. # 162] is GRANTED.  All discovery is STAYED pending further order of the court;

(2) On or before **January 21, 2011**, the parties shall submit a status report which includes a plan and schedule for future pretrial proceedings; and

(3) A status conference is set for **January 31, 2011, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to discuss a plan and schedule for future pretrial proceedings.

Dated December 8, 2010.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge