IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.
_____

# ORDER
_____

This matter arises on **Plaintiff's and Pizza Hut's Joint Status Report and Proposed Case Plan and Schedule** [Doc. # 180, filed 1/21/2011].  I held a status conference this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The stay of discovery previously entered, see Order [Doc. # 174], is LIFTED, and discovery may proceed subject to the limits established in the Scheduling Order [Doc. # 47];

(2) The following case schedule is established:

- Deadline to file motion to conditionally certify collective action and proposed notice: 30 days after Pizza Hut files its answer

- Deadline to file motion to certify class pursuant to Rule 23 and proposed notice:  30 days after end of FLSA opt-in period or 30 days after Pizza Hut files its answer, whichever is later

- Fact discovery cut-off:  120 days after end of FLSA opt-in period or 120 days after end of Rule 23 opt-out period, whichever is later

- Deadline to designate experts and provide opposing counsel with

all information specified in Rule 26(a)(2):  30 days after fact discovery cut-off

• Deadline to designate rebuttal experts and provide opposing counsel with all information specified in Rule 26(a)(2):  30 days after deadline to designate experts and provide opposing counsel with all information specified in Rule 26(a)(2)

•  Expert discovery cut-off:  30 days after deadline to designate rebuttal experts and provide opposing counsel with all information specified in Rule 26(a)(2)

• Dispositive motion deadline:  45 days after expert discovery cut-off

• Deadline to file motion to decertify collective action: 45 days after expert discovery cut-off; and

(3)     Within ten days after any ruling by the district judge on Pizza Hut's Rule 12(b)(6) Motion [Doc. # 147], the parties shall file a status report informing me of the effect of the ruling on the case and, if appropriate, requesting a status conference to review the case schedule and set a final pretrial conference.

Dated February 4, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge