IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.
_____

## ORDER
_____

This matter arises on **Pizza Hut's Motion and Memorandum of Law for a Temporary Stay of Briefing on Conditional Certification Pursuant to the Scheduling Order and In the Interests of Economy and Fairness** [Doc. # 192, filed 4/21/2011] (the "Motion re Response").  The plaintiff opposes the motion arguing, among other things, that it is premature because the plaintiff has not moved for conditional certification.  Plaintiffs' Response in Opposition [Doc. # 195, filed 5/2/2011] (the "Response").

A motion similar to the Motion re Response was filed in a companion case-- Darrow v. WKRP Management, LLC, 09-cv-01613-CMA-BNB.  I granted that motion.  Significantly, however, the plaintiff in Darrow had filed a motion for conditional certification.  No such motion has been filed here.  I agree with the plaintiff that a ruling on the Motion re Response, prior to the plaintiff seeking conditional certification, is premature.

IT IS ORDERED that the Motion re Response [Doc. # 192] is DENIED as premature.

Dated May 2, 2011.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge