IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on the **Joint Motion to Vacate or Extend Existing Deadlines** [Doc. # 250, filed 2/16/2012] (the "Motion"), which is GRANTED.

Plaintiffs' Amended Motion for Conditional Collective Action Certification [Doc. # 231] is pending. I am informed that a ruling on that motion "will impact the schedule that will be appropriate for the balance of the case." In addition, the Motion is jointly made.

IT IS ORDERED:

(1) The Motion [Doc. # 161] is GRANTED;

(2) All current deadlines are VACATED pending the resolution of the Amended Motion for Conditional Collective Action Certification; and

(3)	The parties shall file a status report within ten days after the determination of the Amended Motion for Conditional Collective Action Certification addressing the status of the case and all additional pretrial matters which should be scheduled.

Dated February 22, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge