IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 09-cv-01632-CMA-BNB | Date: December 18, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MARK SMITH | *Richard M. Paul III* |
| | *Lee R. Anderson* |
| **Plaintiff(s)** | |
| v. | |
| PIZZA HUT, INC | *James M. Lyons* |
| | *Geoffrey D. BeBoskey* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:31 a.m.

Appearance of counsel.

Discussion presented on status of [329] Plaintiff's Motion to Compel Defendant to Produce Witnesses and Suggestions in Support, and issues surrounding data that will be turned over by the defendant.

**ORDERED:** **Status Conference set for February 5, 2013 at 10:00 a.m., status report to be submitted by noon on February 4, 2013. Counsel directed to discuss data issues prior to hearing. Parties may appear by telephone, counsel for Plaintiff is to coordinate call. Discovery, dispositive motions, and expert deadlines are VACATED and are to be revisited at the status conference.**

**[329] Plaintiff's Motion to Compel Defendant to Produce Witnesses and Suggestions in Support is DENIED WITHOUT PREJUDICE.**

Court in Recess: 9:46 .m.    Hearing concluded.    Total time in Court: 00:15

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119