IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiffs,

v.

PIZZA HUT, INC.,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a status conference to address "their suggestions about the final schedule." Consistent with matters discussed at the status conference:

IT IS ORDERED:

(1) All data addressed in the first bullet point of paragraph 8 of the Joint Status Report [Doc. # 339] other than the "Payroll Time Sheet data" shall be produced for inspection and copying on or before February 6, 2013;

(2) On or before February 11, 2013, the defendant shall notify the plaintiffs about whether the "Payroll Time Sheet data" is capable of production for inspection and copying and, if it is, the date on which it reasonably will be produced for inspection and copying;

(3) The defendant will review and supplement its privilege log on or before March 29, 2013;

(4) The defendant will supplement its discovery responses as described in the fourth bullet point of paragraph 8 on or before February 15, 2013;

(5) The defendant will supplement its discovery responses as described in the fifth bullet point of paragraph 8 on or before February 15, 2013;

(6) The defendant will complete its supplementation to discovery as described in the sixth bullet point of paragraph 8 on or before February 28, 2013;

(7) The defendant will supplement its discovery responses as described in the seventh bullet point of paragraph 8 on or before February 28, 2013;

(8) The case schedule is modified to the following extent:

Discovery Cut-Off:  July 31, 2013

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:  August 30, 2013

Deadline to move to decertify collective action:  August 30, 2013

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 30, 2013

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 31, 2013

Final Pretrial Conference:  A final pretrial conference will be held in this case on November 5, 2013, at 8:30 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than October 29, 2013.

Dated February 5, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge