IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 09-cv-01632-CMA-BNB | Date: | April 16, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| MARK SMITH | *Richard M. Paul III* |
| | *Lee R. Anderson* |
| **Plaintiff(s)** | |
| v. | |
| PIZZA HUT, INC | *Geoffrey D. BeBoskey* |
| | *Joy T. Allen Woller* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:29 p.m. Appearance of counsel.

Argument presented on [342] Plaintiffs' Motion to Compel and Memorandum in Support.

**ORDERED:** [342] Plaintiffs' Motion to Compel and Memorandum in Support is TAKEN UNDER ADVISEMENT.

The court addresses restricted documents.

**ORDERED:** [345] Motion for Leave to Restrict Document is DENIED. Either party may re-file Motion to Restrict within two weeks of today, pursuant to the Court's instructions.

Discussion held on expert disclosure deadline.

**ORDERED:** Expert deadline extended to July 1, 2013, rebuttal expert deadline extended to August 1, 2013.

Court in Recess:   3:42 p.m.   Hearing concluded.   Total time in Court: 02:13

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119