**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf of other similarly situated persons,

    Plaintiff,

v.

PIZZA HUT, INC.,

    Defendant.

---

**ORDER GRANTING MOTION TO MAINTAIN RESTRICTED
ACCESS TO CONFIDENTIAL EXHIBITS**

---

Pursuant to Fed. R. Civ. P. 26(c)(1)(G) and D.C.COLO.LCivR. 7.2, the Court hereby GRANTS Defendant's Motion to Maintain Restricted Access to Confidential Exhibits to Plaintiffs' Motion to Compel ("Motion to Restrict Access") (Doc. # 357). The Clerk of Court is hereby ORDERED as follows:

    (i)    To keep restricted from public view (at Restriction Level 1) the unredacted version of Exhibits 3-5, 7-9 and 14-16 to Plaintiffs' Motion to Compel (Doc. # 342); and

    (ii)    To make public only the redacted version of Exhibits 3, 4, and 7 to Plaintiffs' Motion to Compel (Doc. # 342), filed as Exhibit A to Defendant's Motion to Maintain Restricted Access (Doc. # 357).

SO ORDERED this __01__ day of May, 2013.

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge