IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiffs,

v.

PIZZA HUT, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the **Expedited Joint Stipulated Motion for Limited Stay Pending Mediation** [Doc. # 375, filed 10/9/2013] (the "Motion"). Good cause having been shown,

IT IS ORDERED:

(1) The Motion [Doc. # 375] is GRANTED;

(2) Discovery and case deadlines are stayed until December 1, 2013, to allow the parties an to engage in a mediation;

(3) On or before December 1, 2013, the parties shall file a status report addressing the results of their mediation; and

(4) In the event the mediation does not fully resolve the case, the case schedule is modified to the following extent:

- Discovery cut-off: February 28, 2014.

- Dispositive motion deadline; February 28, 2014.

•Deadine to file motion to
 decertify collective action: February 28, 2014.

• Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 7, 2014, and

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 7, 2014.

Dated October 10, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge