IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiffs,

v.

PIZZA HUT, INC.,

Defendant.
_____

## ORDER
_____

This matter arises on the parties' **Joint Status Report** [Doc. # 378, filed 12/2/2013].  The parties state that the mediation was not successful and that they "are currently conferring in good faith to schedule outstanding depositions and to resolve other open discovery issues in December."  In that regard, the parties are cautioned that I do not intend to alter the schedule established in my Order [Doc. # 377] of October 10, 2013.

SO ORDERED.

Dated December 3, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge