IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiffs,

v.

PIZZA HUT, INC.,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record, which are incorporated here.

IT IS ORDERED:

(1) The parties shall file a motion for additional discovery on or before April 14, 2014; and

(2) The parties shall submit a revised proposed final pretrial order on or before May 5, 2014, modified as discussed at the final pretrial conference.

Dated April 1, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge