IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf
of other similarly situated persons,

Plaintiffs,

v.

PIZZA HUT, INC.,

Defendant.
_____

# ORDER
_____

This matter arises on the parties' **Joint Motion to Conduct Additional Discovery** [Doc. # 432, filed 4/14/2014] (the "Motion"). Good cause having been shown,

IT IS ORDERED that the Motion [Doc. # 432] is GRANTED as specified, and the case schedule is modified to the following extent:

• Discovery cut-off        July 31, 2014

All discovery must be completed on or before the discovery cut-off. Written discovery must be served so that responses are due on or before the discovery cut-off.

The parties are allowed the following additional discovery:

(1) The defendant may serve "discrete interrogatories" as agreed among the parties on each of the opt-in plaintiffs identified by the plaintiffs as will-call witnesses;

(2) The defendant may depose no more than ten of the will-call opt-in plaintiffs;

(3) The plaintiffs may depose James DeSnyder;

(4) Each side may depose the expert witnesses designated by the other side; and

(5) The defendant will produce the personnel files for each of the opt-in plaintiffs identified on the plaintiffs' witness list.

•Deadline for Daubert Motions      August 30, 2014

Dated April 22, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge