IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01632-CMA-BNB

MARK SMITH, individually and on behalf of other similarly situated persons,

Plaintiff,

v.

PIZZA HUT, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the parties' **Second Joint Motion to Conduct Additional Discovery** [Doc. # 438] is GRANTED.

Dated May 19, 2014.